**2003–0492.   Rice v. Buckeye State Mut. Ins. Co.**

Logan App. No. CA02070024, 2003-Ohio-390. Discretionary appeal allowed; cause consolidated with 2003–0493, *Rice v. Buckeye State Mut. Ins. Co.*, Logan App. No. 8–02–24, 2003-Ohio-390; causes held for the decision in 2002–0932, *Westfield Ins. Co. v. Galatis,* Summit App. No. 20784, 2002-Ohio-1502; and briefing schedule stayed.